**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **FRESH DIRECT, LLC,** <br><br> Defendant. | Case No. 2:14-cv-435 <br><br> **PATENT CASE** |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Having considered Plaintiff eDekka LLC 's Notice of Dismissal (Dkt. No. 7) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby dismisses this action against Defendant Fresh Direct, LLC, ("Defendant"), without prejudice.

It is therefore ORDERED that Plaintiff eDekka LLC's claims against Defendant Fresh Direct, LLC are dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 8th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE